UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ21-329 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| NICOLE D. HILLIARD ) | |
| ) | |
| Defendant. ) | |

Offenses charged:

1. Violations of Supervision

Date of Detention Hearing:   June 4, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3143(a)(1) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant has been charged with violations of supervised release. There is

DETENTION ORDER
PAGE -1

therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3143(a)(1). Defendant poses a risk of flight based upon the fact that Defendant has been in abscond status from the Eastern District of Washington for a period of approximately nine months. Defendant is a danger to the community based upon an extensive criminal history including controlled substances and violence. Further, the alleged violations demonstrate ongoing substance abuse issues, and at the time of arrest, drug paraphernalia were observed in her motel room.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending the evidentiary hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3